NFB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMONT GRAY,

         Plaintiff,

-against-

VERONICA PENA, et al.,

         Defendants.
------------------------------------------------------------X

Civil Action No. 10 CV 00013 (FB) (RL).

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 2 2 2010 ★

BROOKLYN OFFICE

## CONSENT TO MAGISTRATE JUDGE

We hereby consent to have the above case reassigned to a U.S. Magistrate Judge for all purposes including the entry of judgment.

We acknowledge that pursuant to Title 28, United States Code, Section 636, as amended, by Section 207 of the Federal Courts Improvement Act of 1996, any appeal from civil cases tried by magistrate judges with the consent of the parties will be heard only in the Courts of Appeals.

Dated: Brooklyn, New York
    April 20, 2010

_____ Josh H. Kardisch
**Counsel for Plaintiff**

_____
**Counsel for Defendant**

**APPROVED:**

s/Robert Levy
_____
Robert M. Levy
United States Magistrate Judge
Eastern District of New York

**SO ORDERED:**

s/Frederic Block
_____
Fredric Block
United States District Judge
Eastern District of New York